**ROBERT D. GOULD P.C,** Attorneys at law
646 Main Street, Margaretville, New York
REPLY TO; 244 LAKOTA DRIVE DENVER, N.Y. 12421
(917) 670-0151 (Fax) 607-326-4812
robertdgould@yahoo.com

Robert D. Gould, Esq,
Former   N.Y. Judge

October 14,2022

**VIA US MAIL and EMAIL**
United States District Court
for the Northern District of New York
Gandi Demyttenaere
Clerks Office
 100 S. Clinton St.m
Syracuse, New York 13261

RE:  Busch,et al vs. Tractor Supply Company
No:3-22-CV-992 MAD/ML

Hon. Clerk of the Court :

I am sending this letter pursuant to my recent conversation with your office.

I intend to make a motion for remand of this case  back to NY State SupremeCourt.

 I respectfully request that you extend my time to do so, unit I have been admitted to practice in this District.I am currently admitted to practice in the State of New York. The U.S. District Court for the Southern and EasternDistricts, The 2nd Circuit Court of Appeals, The United States Supreme Court, et al.

Thank you for your kind assistance in this regard.

Very truly yours,

Robert D. Gould, Esq.

Robert D. Gould, P.C.



**Robert Gould**
244 Lakota Dr
Denver, NY 12421-1504

ALBANY NY   120

17 OCT 2022  PM 1  L



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

OCT 19 2022

RECEIVED

United States District Court
for the Northern District of New York
Gandi Demyttenaere
Clerks Office
 100 S. Clinton St.m
Syracuse, New York 13261

13261-610099